UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIREINO JOE MARTINEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL BABCOCK, Warden,<br><br>　　　　　Respondent. | No.  2:12-cv-2445 MCE DAD P<br><br><br>ORDER |

　　　　　Petitioner, a federal prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　　On November 15, 2013, the court issued findings and recommendations, recommending that respondent's motion to dismiss be granted and petitioner's application for writ of habeas corpus be dismissed.  Thereafter, petitioner filed a motion for a thirty-day extension of time to file objections, which the court granted on December 4, 2013.  Instead of filing objections, however, petitioner has filed a motion for leave to supplement his petition, a motion for a temporary stay of this habeas action until the court rules on his motion for leave to supplement his petition, and "supplemental authority" for the court's consideration.

　　　　　For the reasons discussed in the court's findings and recommendations, petitioner is not entitled to invoke this court's jurisdiction under 28 U.S.C. § 2241.  Moreover, petitioner does not qualify under the "savings clause" or "escape hatch" provided under 28 U.S.C. § 2255.  In

petitioner's motion for leave to supplement his petition, he asserts a number of arguments that could be construed as objections to the court's findings and recommendations of November 15, 2013.  Accordingly, in the interest of justice, the court will construe petitioner's motion for leave to supplement as objections to the findings and recommendations and will forward those objections to the assigned district judge to consider as part of the record in this case.  In addition, the court will grant petitioner fourteen days to submit any final objections he may have to the pending findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to supplement his petition (Doc. No. 25) is granted.  The court will construe petitioner's motion for leave to supplement as objections to the findings and recommendations;

2. Petitioner's motion for a stay (Doc. No. 26) is denied as unnecessary; and

3. Petitioner is granted fourteen days from the date of this order in which to file any final objections to the findings and recommendations.

Dated:  February 10, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mart2445.111obj(2)